No. 98–8424. Lowery *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 98–8436. Workman *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 98–8439. Tejada *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–8441. Carlson *v.* Texas. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 98–8442. August *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 98–8447. Schramm *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 98–8455. Garcia *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 98–8459. Ali *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 98–8460. O'Neal *v.* McAninch, Warden. C. A. 6th Cir. Certiorari denied.

No. 98–8467. Hernandez *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 98–8470. Del Angel Posadas *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 98–8471. Pierre *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 98–8472. Parker *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 98–8473. Chinagorom *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 98–8478. Neace *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 98–8480. Murph *v.* United States. C. A. 4th Cir. Certiorari denied.